UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

DYQUAN CHRISTOPHER,

    Defendant.

------------------------------------------------------------X

19-CR-00828 (ALC)

**STATUS CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A status conference with the Defendant and defense counsel is scheduled for Tuesday, January 7, 2020, at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 6, 2019
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019