UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                          19-CR-00828 (ALC)

DYQUAN CHRISTOPHER,             **STATUS CONFERENCE ORDER**

           **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

A status conference with the Defendant and defense counsel is scheduled for Monday, August 3, 2020, at 10:30 a.m. and will be held telephonically. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 27, 2020
               New York, New York