UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                                   19-CR-00828 (ALC)

DYQUAN CHRISTOPHER,                               **STATUS CONFERENCE ORDER**

    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the Defendant and defense counsel is scheduled for Tuesday, September 15, 2020, at 10:30 a.m. and will be held telephonically. At that time, the Defendant and defense counsel should call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 6, 2020
            New York, New York