UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                                               19-CR-00828 (ALC)

DYQUAN CHRISTOPHER,                              **ORDER**

    **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    The status conference currently scheduled for Tuesday, September 15, 2020, at 10:30 a.m. is RESCHEDULED for 2:30 p.m. that same day.

    **SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 28, 2020
                New York, New York