```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                                     19-CR-00828 (ALC)

DYQUAN CHRISTOPHER,                     **STATUS CONFERENCE ORDER**

                 **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the Defendant and defense counsel is scheduled for Tuesday, October 13, 2020, at 2:30 p.m. and will be held telephonically. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 17, 2020
                  New York, New York