

**MEMO ENDORSED**

# LGR
## LAW, LLC
### CRIMINAL DEFENSE

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

October 13, 2020

*Via ECF*
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: United States v. Brandon Johnson, et al. (Dyquan Christopher)
          19-CR-828 (ALC)

Dear Judge Carter:

      I represent Dyquan Christopher in the above matter. Mr. Christopher's bail conditions restrict his traveling outside of New York. I have been working out of my New Jersey office since the onset of COVIC-19, which is in Verona, NJ. I would like to have an opportunity to review the discovery we have received with Mr. Christopher in my New Jersey office. Therefore, I am requesting a modification in his travel restrictions to include travel to and from my office in Verona, New Jersey. Neither, Ryan Finkel, AUSA, nor Ashley Cosme, Pretrial Service Officer, have any objection to this request. Mr. Christopher will coordinate with Ms. Cosmi the time for him to leave and return to New York with each visit. I appreciate Your Honor's consideration of this request.

The application is ✓ granted.
                denied.

*/s/ Andrew L. Carter*
Andrew L. Carter Jr, U.S.D.J.
Dated: 10-16-20
NY, New York

Respectfully,

Lorraine Gauli-Rufo

cc: All Counsel of Record