USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

       **-against-**                             **19-CR-00828 (ALC)**

**DYQUAN CHRISTOPHER,**                         **STATUS**
                                                               **CONFERENCE ORDER**

                        **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference with the Defendant and defense counsel is scheduled for Thursday, November 19, 2020, at 10:30 a.m. and will be held telephonically. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 9, 2020
                New York, New York