UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　　19-CR-00828 (ALC)

DYQUAN CHRISTOPHER,　　　　　　　　　　　　　**STATUS
　　　　　　　　　　　　　　　　　　　　　　　CONFERENCE ORDER**

    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    The status conference currently scheduled for Thursday, November 19, 2020, is RESCHEDULED for Wednesday, November 18, 2020, at 10:30 a.m.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:　　November 12, 2020
　　　　　　New York, New York