UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

              -against-

DYQUAN CHRISTOPHER,

                          Defendant.

-------------------------------------------------------------X

19-CR-00828 (ALC)

**STATUS CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2020

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference with the Defendant and defense counsel is scheduled for Tuesday, January 5, 2021, at 10:30 a.m. and will be held telephonically. The Government is invited but need not attend this conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 18, 2020
                New York, New York