USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-26-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-                                   19-CR-828 (ALC)

DYQUAN CHRISTOPHER,                   **ORDER**

                Defendant.

--------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Telephone Change of Plea Hearing is set for **September 3, 2021** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
            August 26, 2021

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge