UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                   **ORDER**

                                                   19-CR-828 (ALC)

          -against-

Dyquan Christopher,

-------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

The sentencing set for January 20, 2022 is adjourned to **February 17, 2022** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       January 19, 2022

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-20-22