USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-17-22

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                **ORDER**

                                                19-CR-828 (ALC)

       -against-


Dyquan Christopher,

-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    Today's Sentencing is adjourned to **February 24, 2022** at **11:00 a.m.**

    SO ORDERED.

Dated: New York, New York
         February 17, 2022

                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE