**MEMO ENDORSED**



**L A W , L L C**

**FEDERAL CRIMINAL DEFENSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _3/19/26____

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

March 19, 2026

*Via ECF*
Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: *United States v. Johnson (Dyquan Christopher)*
1:19-cr-00828-ALC
22cR 55 -ALC

Dear Judge Carter:

I represent Dyquan Christopher in the above matter. A violation of supervised release hearing is scheduled before Your Honor today, March 19, 2026 at 4:00 p.m. I am respectfully requesting a slight adjournment of the hearing, however, because we are still waiting for lab reports, as well as a determination by the state as to whether additional charges will be brought.

In light of these factors, we are respectfully requesting a one-month adjournment. I have conferred with AUSA Dana McCann, on behalf of the Government, and she has no objection to request. In addition, Ms. McCann and I are available on the following dates and times, or on another date and time that is convenient for Your Honor:

April 27 before 2:00 pm
April 28
April 29 in the morning before 11:30 am or after 2 pm
April 30
May 12-14

Your Honor's time and consideration to this matter is greatly appreciated.

The application is **GRANTED**. The Violation of
Supervised Release Hearing is adjourned to
May 14, 2026 at 12 noon.
So Ordered.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

3/19/26

cc: Dana McCann, AUSA