

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

June 26, 2026

**BY ECF AND EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ____**6/29/26**____

   Re: *United States v. Dyquan Christopher*, 19 Cr. 828 (ALC)

Dear Judge Carter:

   The Government respectfully submits this letter on behalf of the parties to update the Court as to the status of the defendant's pending violations of supervised release and to request that the Court adjourn the status conference scheduled for Tuesday, June 30, 2026, at 12:00 p.m.  In addition, the parties request that the parties submit another status update in approximately three weeks on or about July 17, 2026.

   On or about March 17, 2026, the United States Probation Office (the "Probation Office") filed a violation report charging the defendant with four specifications, including a specification for possession with intent to sell narcotics, in violation of New York Penal Law § 220.06. The Government has conferred with the Probation Office and understands that the Bronx County District Attorney's Office has not yet made a charging decision. In addition, the parties have discussed possible resolutions short of a hearing in this matter and wish to finish those discussions. Those discussions will be particularly aided by the resolution of the state proceedings. Therefore, the parties respectfully propose this adjournment to allow for the state case to proceed and for the parties to determine whether an evidentiary hearing will be necessary. Should the parties reach an agreement ahead of the proposed adjournment date, the parties will notify the Court forthwith of their request to order either a proposed plea or evidentiary hearing in this matter.

The application is **GRANTED**.  Joint Status Report due 7/17/26.  The Violation of Supervised Release Hearing is adjourned to 7/21/26 at 12 noon.
So Ordered.

*Andrew L. Carter*

**6/29/26**

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:____/s/ *Dana R. McCann*_____
   Dana R. McCann
   Assistant United States Attorney
   (212) 637-2308

cc: All Counsel of Record (by ECF)
   Wellington Fernandez, United States Probation Officer (by email)