UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA

-against-

DYQUAN CHRISTOPHER

DEFENDANT

1:19-CR-828 (ALC)

**ORDER**

ANDREW L. CARTER, JR, United States District Judge:

By July 31, 2026, the Government is ORDERED to inform the Court about whether the hearing is proceeding on August 4, 2026 and if so, how many witnesses will be called and who the witnesses are.

SO ORDERED.

Dated: July 30, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge