USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: 
DATE FILED: 8-4-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

DYQUAN CHRISTOPHER,

Defendant.

---

19-CR-00828 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

Today's Evidentiary Hearing is adjourned to **August 6, 2026**, at **10:00 a.m.**

**SO ORDERED.**

**Dated:** New York, New York
August 4, 2026

ANDREW L. CARTER, JR.
United States District Judge