**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**USA**

**-against-**

**DYQUAN CHRISTOPHER**

**DEFENDANT**

---

**1:19-CR-828 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR, United States District Judge:**

The VOSR hearing will take place on September 1, 2026 at 2 pm. The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 444 on the date and time specified.

**SO ORDERED.**

**Dated:** August 5, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**